UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARINA NEKRASOV,

               Plaintiff,

-against-

TEACH FOR AMERICA, INC. and JOE ROBINS, *individually, and in his professional capacity.*

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/19/2021__

20 Civ. 9807 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    To permit the parties to participate in mediation, the initial pretrial conference scheduled for March 22, 2021, is ADJOURNED to **April 6, 2021**, at **11:40 am**. By **March 30, 2021**, the parties may submit an updated joint letter and proposed case management plan.

    SO ORDERED.

Dated: March 19, 2021
       New York, New York

                                                ANALISA TORRES
                                           United States District Judge