USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2021

**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

April 2, 2021

**VIA ECF**
The Honorable Analisa Torres
United States District Judge for the
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

    Re:    **Marina Nekrasov v. Teach for America, Inc. et al**
             **Docket No. 20 Civ. 9807**

Your Honor:

      This office represents Plaintiff Marina Nekrasov in the above-referenced matter. Plaintiff writes to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for April 6, 2021 at 11:40am. Defendants' consent to this request. This is Plaintiff's first request to adjourn the Initial Pretrial Conference. By way of background, Plaintiff alleges disability discrimination and retaliation based on her termination. Defendants deny Plaintiff's allegations.

      The reason for the herein request is that Plaintiff's counsel has a medical appointment that just got scheduled for April 6 during the time that the Initial Pretrial Conference is currently scheduled. In addition, the mediation which was previously scheduled for Thursday, March 25, 2021 was adjourned until April 27, 2021 so that the undersigned could appear for a last minute settlement conference before United States Magistrate Judge Stewart Aaron on March 25 regarding a matter that was on United States District Judge Denise Cote's trial calendar beginning April 5, 2021[1].

      In that regard, the parties respectfully propose the Initial Pretrial Conference be adjourned until a date and time following the April 27 mediation. The parties are available May 3 or 7. Alternatively, to the extent the Court would like to hold the Initial Pretrial Conference sooner, the parties are available April 7 all day, April 8 all day except from 10:30am-11:30am, or April 9 after 1 pm.

GRANTED. The Court will hold an initial pretrial conference in this matter on **May 3, 2021**, at **11:00 a.m**. By **April 26, 2021**, the parties may submit an updated joint letter and proposed case management plan.

SO ORDERED.

Dated: April 6, 2021
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge