

Representing Management Exclu

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
Tel 212 545-4000
Fax 212 972-3213

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
AUSTIN, TX
BALTIMORE, MD
BERKELEY HEIGHTS, NJ
BIRMINGHAM, AL
BOSTON, MA
CHARLOTTE, NC
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DAYTON, OH
DENVER, CO
LONG ISLAND, NY
LOS ANGELES, CA
MADISON, WI
MEMPHIS, TN
MIAMI, FL
PHOENIX, AZ
PITTSBURGH, PA
PORTLAND, OR
PORTSMOUTH, NH
PROVIDENCE, RI
ST. LOUIS, MO
TAMPA, FL
WASHINGTON DC REGION
WHITE PLAINS, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2021

My Direct Dial is: (212) 545-4028
My Email Address is: Diane.Windholz@JacksonLewis.com

May 14, 2021

**VIA ECF**
The Honorable Analisa Torres
United States District Judge for the
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

Re: **Marina Nekrasov v. Teach for America, Inc. et al
Case No. 20-cv-9807**

Dear Judge Torres:

We represent Defendants Teach for America and Joe Robins in connection with the above-referenced case. Defendants respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for May 18, 2021 at 10:20 a.m. due to defense counsel's observance of the Jewish holiday of Shavuot on that date. Plaintiff consents to this adjournment. This is Defendants' first request to adjourn the Initial Pretrial Conference. Plaintiff previously requested an adjournment of the conference, which Your Honor granted.

We apologize for any inconvenience this may cause and thank the Court for its attention to this matter.

Respectfully submitted,

*/s/Diane Windholz*
Diane Windholz

GRANTED. The initial pretrial conference scheduled for May 18, 2021, is ADJOURNED to **May 26, 2021**, at **11:40 a.m.**

SO ORDERED.

Dated: May 17, 2021
New York, New York

ANALISA TORRES
United States District Judge